# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| Nawaz Ahmed, | : | |
| Petitioner | : | Civil Action 2:08-cv-00493 |
| v. | : | Judge Marbley |
| David Bobby, Warden | : | Magistrate Judge Abel |
| Respondent | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the March 6, 2009 Order, the Report and Recommendation is **ADOPTED**. This case is consolidated with *Nawaz Ahmed v. Marc C. Houk*, 2:07cv-658 and is **TRANSFERRED** as a successive petition to the United States Court of Appeals for the Sixth Circuit pursuant to 28 U.S.C. §1631.

Date: **March 6, 2009**          **James Bonini, Clerk**

                                                               s/Betty L. Clark
                                                               Betty L. Clark/Deputy Clerk