**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

AMENDED JUDGMENT IN A CIVIL CASE

**NAWAZ AHMED,**

    **Petitioner,**

    V.                      **Case No. 2:08-cv-493**
                                    **JUDGE MARBLEY**

**DAVID BOBBY, Warden,**          **Magistrate Judge Abel**

    **Respondent.**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the March 6, 2009 and March 12, 2009 Orders, the Report and Recommendation is **ADOPTED.** This case is consolidated with *Nawaz Ahmed v. Marc C. Houk,* 2:07cv-658. This action **has not been transferred** to the United States Court of Appeals for the Sixth Circuit.

Date: **March 12, 2009**                      James Bonini, Clerk

                                                      s/Betty L. Clark
                                                 Betty L. Clark/Deputy Clerk